**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CHARLES GOODE**                                                                          **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO: 4:08CV0120 TSL -LRA**

**DALE CASKEY, ET AL.**                                                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and in accordance with the [39] Memorandum Opinion and Order entered by this Court on October 29, 2009, this cause is hereby finally dismissed with prejudice. Final judgment is entered in favor of all of the Defendants.

IT IS, THEREFORE, HEREBY ORDERED that the Complaint is dismissed with prejudice and  Final Judgment is entered in favor of all Defendants.

SO ORDERED THIS the 4th day of November 2009.

_____
           S/Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE